UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08CR4452-JM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WI CHU HICKS (D1) and WI SON HAN (D2), | ) ) ) ) | |
| Defendants. | ) ) | ORDER |

GOOD CAUSE APPEARING, IT IS ORDERED:

That the Change of Plea Hearing scheduled for February 5, 2009 at 1:30 p.m. be vacated. Both defendants have previously been ordered to appear before Hon. Jeffrey Miller for a Motion Hearing/Trial Setting on February 27, 2009 at 11:00 a.m.

**SO ORDERED.**

DATED: February 5, 2009

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

08cr4452-JM

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28